RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jesus Castelo-Meza

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-511-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Fourth Request) |
| CASTELO-MEZA ET AL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jesus Castelo-Meza; Thomas F. Pitaro, Esq., counsel for Ivan Agustin Castelo-Meza; Yi Lin Zheng, Esq., counsel for Jesus Castelo-Carranza; and Monti J. Levy, Esq., counsel for Karolina Moya, that the Preliminary Hearing currently scheduled on January 6, 2020 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than seventy-five (75) days.

This Stipulation is entered into for the following reasons:

1. The parties are still working to resolve this matter short of an indictment. Since the last requested continuance, defense counsel have reviewed the plea agreement with their

respective clients. However, the parties require additional time to attempt to work on counter offers and other plea agreement details.

      2.    Jesus Castelo-Meza is detained and agrees to the continuance.

      3.    Ivan Agustin Castelo-Meza is detained and agrees to the continuance.

      4.    Jesus Castelo-Carranza is detained and agrees to the continuance.

      4.    Karolina Moya is not detained and agrees to the continuance.

      5.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fourth request for continuance filed herein.

DATED this 27th day of December, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Kevin D. Schiff*<br>By_____<br>KEVIN D. SCHIFF<br>Assistant United States Attorney |
| */s/ Thomas P. Pitaro*<br>By_____<br>THOMAS P. PITARO, ESQ.<br>Counsel for Ivan Agustin Castelo-Meza | */s/ Monti Levy*<br>By_____<br>MONTI J. LEVY, ESQ.<br>Counsel for Karolina Moya |
| */s/ Yi Lin Zheng*<br>By_____<br>YI LIN ZHENG<br>Counsel for Jesus Castelo-Carranza | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CASTELO-MEZA ET AL,<br><br>Defendant. | Case No. 2:19-mj-511-DJA<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on Monday, January 6, 2020 at the hour of 4:00 p.m., be vacated and continued to Monday, March 23, 2020 at the hour of 4:00 p.m.

DATED this 27th day of December, 2019.

_____
Daniel J. Albregts
United States Magistrate Judge