# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

        Plaintiff,

vs.

KAROLINA MOYA,

        Defendant.

2:19-mj-00511-DJA

**Order Pursuant to Stipulation of the Parties**

Based on the pending Stipulation of counsel, and good cause appearing, the Preliminary Hearing currently scheduled for March 23, 2020 at 4:00 p.m. is vacated, and continued to June 1, 2020, at 4:00 p.m.

IT IS SO ORDERED

_____
THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 3/18/2020

3

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Kevin.Schiff@usdoj.gov
*Attorneys of the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAROLINA MOYA,<br><br>Defendant. | 2:19-mj-00511-DJA<br><br>**Stipulation to Continue Preliminary Hearing (Fifth Request)** |

It is stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney; Kevin D. Schiff, Assistant United States Attorney; and Monti J. Levy, Esq., counsel for Karolina Moya:

That the preliminary hearing currently schedule for March 23, 2020, at 4:00 p.m., be vacated and continued and set to a time convenient to the Court, but no sooner than 60 days from the current setting.[1]

This Stipulation is entered into for the following reasons:

---

[1] This matter previously included three other codefendants. Those codefendants have all entered pre-indictment plea agreements before the District Court.

1. The Government and Defendant have reached a pre-indictment resolution, and this matter is currently set for a change of plea before the District Court.

2. Counsel for Defendant and counsel for the government agree to the continuance.

3. Defendant is not detained and agrees to the continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. This is the fifth request for a continuance.

DATED this 18th day of March, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Kevin Schiff*
Kevin D. Schiff
Assistant United States Attorney


/s/ *Monti Levy*
Monti J. Levy, Esq.
Counsel for Karolina Moya