1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  KEVIN D. SCHIFF
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  PHONE: (702) 388-6336
   FAX: (702) 388-5087
6  Kevin.Schiff@usdoj.gov
   *Attorneys of the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-mj-00511-DJA |
| Plaintiff, | ORDER |
| vs. | ~~Stipulation~~ to Continue Preliminary Hearing (Sixth Request) |
| KAROLINA MOYA, | |
| Defendant. | |

It is stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney; Kevin D. Schiff, Assistant United States Attorney; and Monti J. Levy, Esq., counsel for Karolina Moya:

That the preliminary hearing currently schedule for June 1, 2020, be vacated and continued and set to a time convenient to the Court, but no sooner than 90 days from the current setting.[1]

This Stipulation is entered into for the following reasons:

---

[1] This matter previously included three other codefendants. Those codefendants have all entered pre-indictment plea agreements before the District Court and are pending sentencing.

1. The Government and Defendant have reached a pre-indictment resolution, and this matter is currently set for a change of plea before the District Court on August 18, 2020.[2]

2. Counsel for Defendant and counsel for the government agree to the continuance.

3. Defendant is not detained and agrees to the continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. This is the sixth request for a continuance.

DATED this 27th day of May, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Kevin Schiff
Kevin D. Schiff
Assistant United States Attorney

/s/ Monti Levy
Monti J. Levy, Esq.
Counsel for Karolina Moya

---

[2] This hearing was delayed due to the COVID-19 pandemic which shuttered most Court operations.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-mj-00511-DJA |
| Plaintiff, | **Order Pursuant to Stipulation of the Parties** |
| vs. | |
| KAROLINA MOYA, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing, the Preliminary Hearing currently scheduled for June 1, 2020, is vacated, and continued to August 21, 2020, at 4:00pm .m.  Courtroom 3A

IT IS SO ORDERED

_____
THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: May 28, 2020

3